# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JERRY SAENZ,

       Plaintiff,

  v.

GERALD BERGE, BRAD HOMPE,
LT. BIGGERS, RENEA WALTZ and
DOES 1-100,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-185-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____5/7/09_____
Date